IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LADARIUS LEWIS BROWN, #258290,           )
                                         )
            Petitioner,                  )
                                         )
      v.                                 )      Civil Action No. 2:11cv537-MEF
                                         )                    (WO)
BOBBY BARRETT, *et al.*,                 )
                                         )
            Respondents.                 )

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Ladarius Lewis Brown ("Brown"), an Alabama inmate housed at the Kilby Correctional Facility, has filed the above-captioned action for habeas corpus relief pursuant to 28 U.S.C. § 2254.  On the second page of his *pro se* petition (Doc. No. 1), Brown indicates that he is challenging a "pending detainer" in the Circuit Court of Elmore County, Alabama. However, Brown does not provide any information about the detainer or any other judgment he is challenging.  Nor does he set forth any grounds on which he challenges the detainer or any other judgment.

On July 12, 2011, this court entered an order (Doc. No. 3) directing that on or before August 2, 2011, Brown was to file with this court an amendment to his § 2254 petition that clearly states:  (1) the judgment he is challenging, including the date of the judgment and the court that entered the judgment, and (2) clearly states each ground on which he challenges the judgment and sets forth specific facts supporting each ground.  Brown was specifically cautioned that his failure to comply with this court's July 12 order would result in a

recommendation that his case be dismissed. *Id*. The requisite time has passed, and Brown has filed nothing in response to the court's order. Consequently, the court concludes that dismissal of this case is appropriate for Brown's failure to comply with the court's order.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Brown's failure to comply with the orders of this court.

It is further

ORDERED that on or before **September 6, 2011**, the parties are DIRECTED to file any objections to the Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive, or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Sec., Inc.*, 667 F.2d 33 (11th Cir. 1982); *see also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981 ) (en banc) (adopting as binding precedent all of the decisions of

the former Fifth Circuit handed down prior to the close of business on September 30, 1981).

Done this 23rd day of August, 2011.


/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE