IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LADARIUS LEWIS BROWN,          )
                               )
        Plaintiff,             )
v.                             )      CASE NO. 2:11-cv-537-MEF
                               )
BOBBY BARRETT, *et al.,*       )
                               )
        Defendants.            )

# O R D E R

On  August 23, 2011, the Magistrate Judge filed a Recommendation (Doc. #5) in this

case to which no timely objections have been filed.  Upon an independent review of the file

in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  This case is DISMISSED without prejudice for the failure of plaintiff to comply

with the orders of this court.

DONE this the 14th day of September, 2011.


                              /s/ Mark E. Fuller
                        UNITED STATES DISTRICT JUDGE